957 A.2d 1179

**ACE AMERICAN INSURANCE COMPANY, Petitioner**

v.

**UNDERWRITERS AT LLOYDS AND COMPANIES, Columbia Casualty Company and Gulf Underwriters Insurance Company, Respondents.**

Supreme Court of Pennsylvania.

Oct. 1, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 1ST day of October, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issues, which have been rephrased for clarity, are:

> Did the Superior Court err in holding that the notice provision in a claims made policy constitutes a condition precedent to coverage, rather than a limitation, thereby placing the burden on the insured to show compliance with the condition, rather than on the insurer to show breach?
>
> Did the Superior Court. err in declining to extend this Court's holding in *Brakeman v. Potomac Insurance Co.,* 472 Pa. 66, 371 A.2d 193 (1977), that in the context of a liability policy, the insurance company will be required to prove that the notice provision was breached and that the breach resulted in prejudice to its position, to the claims-made policy at issue in this case?